IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:25CR0513 JMD |
| v. | ) |
| | ) |
| SHARON DOLISI, | ) |
| | ) |
| Defendant. | ) |

## FEDERAL PUBLIC DEFENDER'S CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE

COMES NOW defendant SHARON DOLISI, through his attorney, KEVIN B. GAU, Assistant Federal Public Defender, and provides the following certification regarding generative artificial intelligence:

1. I, the undersigned counsel, hereby certify that I have read the Artificial Intelligence requirements dated August 2025 and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western District of Missouri.

2. I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs a filing in this case will remain responsible for its contents pursuant to the applicable rules of attorney discipline, regardless of whether generative artificial intelligence was used in drafting any portion of the filing.

Respectfully submitted,


/s/Kevin B. Gau
KEVIN B. GAU   51595MO
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101
Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Kevin_Gau@fd.org

ATTORNEY FOR DEFENDANT


**CERTIFICATE OF SERVICE**

I hereby certify that on 10/14/2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Office of the United States Attorney.


/s/ Kevin B. Gau
KEVIN B. GAU   51595MO
Assistant Federal Public Defender