IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA       )
                                       )

      Plaintiff,               )
                                       )

v.                                )      No. 4:25-CR-513 JMD/JSD
                                       )

SHARON DOLISI               )
                                       )

      Defendant.            )

**DEFENDANT'S WAIVER OF PRETRIAL MOTIONS**

Defendant, Sharon Dolisi, through her attorney, Kevin Gau, Assistant Federal Public Defender, having been fully advised of her right to file pre-trial motions and to have an evidentiary hearing thereon, states that there are no issues that she wishes to raise by way of pre-trial motions in this cause.  After discussion with Counsel about this matter, Defendant agrees and concurs in the decision not to raise any issues by way of pre-trial motions.

Respectfully submitted,

/s/*Kevin B. Gau*
KEVIN B. Gau #51595MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Kevin_Gau@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, the foregoing pleading was filed with the Clerk of the Court through the Court's electronic filing system and served thereby upon Gwendolyn E. Carroll, Assistant United States Attorney.


/s/*Kevin B. Gau*
KEVIN B. GAU
Assistant Federal Public Defender